Commonwealth *v.* Johnson, Appellant.

 Submitted March 28, 1974. *Mark S. Levy*, and *Kremer, Krimsky & Luterman*, for appellant; *David Richman*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.